Petition for Reinstatement
from Inactive Status.

No. 46 DB 2005.

Supreme Court of Pennsylvania.

Sept. 8, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of September, 2005, the Report and Recommendations of the Disciplinary Board dated August 1, 2005, are approved and IT IS ORDERED that WILLIAM ELLIOT JONES, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of Elissa Jane KAHN.

Petition for Reinstatement
from Inactive Status.

No. 68 DB 2005.

Supreme Court of Pennsylvania.

Sept. 8, 2005.

ORDER

PER CURIAM:

AND NOW, this 8th day of September, 2005, the Report and Recommendations of the Disciplinary Board of the Supreme Court dated August 1, 2005, are approved and IT IS ORDERED that ELISSA JANE KAHN, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Timothy John BLATT, Respondent.

No. 1058 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 8, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of September, 2005, upon consideration of the Recommendation of the Three–Member Panel of the Disciplinary Board dated July 29, 2005, the Joint Petition in Support of Discipline

on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Timothy John Blatt is suspended on consent from the Bar of this Commonwealth for a period of six months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

Respondent is further directed to make restitution of $1,733.00 to the law firm of Douglas & Joseph and return the Sewinsky file to the law firm within six months from the date of this Order.

It is further ORDERED that respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.